**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00187-CV

---

**RUSSELL SELF, Appellant**

**V.**

**HALLIBURTON ENERGY SERVICES, INC., Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-03715**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an interlocutory order signed February 10, 2015, denying appellant's application to compel arbitration of the underlying dispute in Delaware. On March 17, 2015, appellant filed a motion to dismiss the appeal "under protest." *See* Tex. R. App. P. 42.1. In his motion, appellant states the Texas

arbitrator ordered him to dismiss the appeal, and appellant provided copies of the arbitrator's orders.

Appellant's motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.